FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 08, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TOMMY L. REINAN,<br><br>           Plaintiff,<br><br>     v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, DR. ESTALILLA, DR. WAYMAN, DR. BETTS, RNZ M. PETERSON, DR. M.L. FURST, PA-C S. ARCAND and DR. F. JOHN SMITH,<br><br>           Defendants. | No.  4:17-CV-05161-EFS<br><br>**ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS** |

By Order filed December 28, 2017, the Court instructed Mr. Reinan to comply with the filing fee requirements by submitting a certified copy of his trust fund account statement (or institutional equivalent) for the six months immediately preceding the filing of the complaint. *See* ECF No. 5. In addition, Mr. Reinan was instructed to complete and submit an attached Declaration and Application to Proceed In Forma Pauperis. In the alternative, Mr. Reinan was directed to pay the $400.00 fee to commence this action, pursuant to 28 U.S.C. § 1914.

Although the Court cautioned Mr. Reinan that failure to comply with the Court's directive would result in the closure of this file, Mr. Reinan has filed nothing further in this action.

ORDER DISMISSING ACTION FOR FAILURE TO COMPLY WITH FILING FEE REQUIREMENTS -- 1

Accordingly, for the reasons set forth above and in the Court's prior Order, **IT IS HEREBY ORDERED**:

1. This action is **DISMISSED** without prejudice for failure to comply with the statutory requirements of 28 U.S.C. §§ 1914 and 1915.
2. The Clerk's Office is directed to **ENTER** judgment of dismissal without prejudice and **CLOSE** the file.
3. The Court certifies any appeal of this dismissal would not be taken in good faith.

**IT IS SO ORDERED**. The Clerk of Court is directed to enter this Order and provide copies to Plaintiff at his last known address.

**DATED** this  8th  day of February 2018.

> s/Edward F. Shea
> EDWARD F. SHEA
> Senior United States District Judge